400 A.2d 643

Commonwealth v. Leroy Smith, Appellant.

Petition for Allowance of Appeal Denied March 23, 1979.

Submitted September 15, 1978. John W. Packel, Assistant Public Defender, Chief, Appeals Division, for appellant; Robert B. Lawler, Assistant District Attorney, Chief, Appeals Division, for Commonwealth, appellee.

Before PRICE, HESTER and HOFFMAN, JJ.

Judgment of sentence affirmed.

400 A.2d 643

Commonwealth v. George Thompson, Appellant.

Submitted December 6, 1977. Frederick S. Wolf, for appellant; Frederick Wolfson, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

CERCONE, J., concurred in the result.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.